

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *main:  (973) 645-2700*
*Newark, NJ 07102*                     *direct: (973) 645-2761*
*Margaret.ann.mahoney@usdoj.gov*

July 14, 2026

<u>**Via Electronic Filing**</u>
Honorable Madeline Cox Arloe, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

>      Re:   *Morocho v. Borgen, et al.*, Civ. No. 26-8569 (MCA)
>            **Update Regarding Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully submit this letter to inform the Court that on July 14, 2026, at approximately 2:06 a.m. Petitioner was released in New Jersey from ICE detention with his property and under the same conditions that existed prior to his detention.

We thank the Court for its attention to this matter.

>      Respectfully submitted,
>
>      ROBERT FRAZER
>      United States Attorney
>
> By:  */s/ Margaret Ann Mahoney*
>      MARGARET ANN MAHONEY
>      Assistant United States Attorney
>      *Attorneys for Respondent*

cc:     Counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/13/26